Filed by ___ VH ___ D.C.

Dec 17, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20833-CR-ALTONAGA/GOODMAN

18 U.S.C. § 1029(b)(2)
18 U.S.C. § 1029(c)(1)(C)
18 U.S.C. § 982(a)(2)(B)

UNITED STATES OF AMERICA

vs.

DWIGHT CLARENCE ASHLEY,

    Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

From on or about April 19, 2013, and continuing through on or about August 2, 2016, in Miami-Dade and Broward Counties, in the Southern District of Florida, the defendant,

**DWIGHT CLARENCE ASHLEY,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons known and unknown to the United States Attorney, to commit violations of Title 18, United States Code, Section 1029(a)(3), namely, to knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is social security numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(3).

## ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following acts, among others:

1. On or about April 19, 2013, **DWIGHT CLARENCE ASHLEY** created the email account loveit428@gmail.com for the purpose of receiving and transferring the personally identifiable information ("PII") that belonged to other people.

2. On or about July 31, 2013, **DWIGHT CLARENCE ASHLEY** created the email account loveit0503@gmail.com for the purpose of receiving and transferring the PII that belonged to other people.

3. On or about March 19, 2015, **DWIGHT CLARENCE ASHLEY** maintained in his possession the PII of approximately 47 other people. On that date, **DWIGHT CLARENCE ASHLEY** sent an email from loveit428@gmail.com addressed to an email account used by a co-conspirator, wherein such email contained a list of the PII of those approximately 47 other people.

4. On or about March 7, 2016, **DWIGHT CLARENCE ASHLEY** maintained in his possession the PII of another person. On that date, **DWIGHT CLARENCE ASHLEY** sent an email from loveit0503@gmail.com addressed to email account used by a co-conspirator, wherein such email contained the PII of that other person.

5. On or about July 2, 2016, **DWIGHT CLARENCE ASHLEY** maintained in his possession the PII of approximately 522 other people. On that date, a co-conspirator sent an email to **DWIGHT CLARENCE ASHLEY** at loveit0503@gmail.com, wherein such email contained a list of the PII of those approximately 522 other people.

All in violation of Title 18, United States Code, Section 1029(b)(2).

## FORFEITURE ALLEGATIONS

1. The allegations of this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **DWIGHT CLARENCE ASHLEY**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in this Information, the defendant, **DWIGHT CLARENCE ASHLEY**, shall forfeit to the United States: (a) all property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), and the procedures set forth in Title 21, United States Code, Section 853, made applicable by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).


_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY


_____
SAJJAD MATIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DWIGHT CLARENCE ASHLEY,

_____Defendant._____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
- ✓ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

New defendant(s)          Yes ___   No ___
Number of new defendants  ___
Total number of counts    ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  No
   List language and/or dialect  _____

4. This case will take  0  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days        X
   - II   6 to 10 days       ___
   - III  11 to 20 days      ___
   - IV   21 to 60 days      ___
   - V    61 days and over   ___

   (Check only one)
   - Petty    ___
   - Minor    ___
   - Misdem.  ___
   - Felony   X

6. Has this case previously been filed in this District Court?  (Yes or No)  No
   If yes: Judge _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?  Yes ___  No  X

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  Yes ___  No  X

_____
Sajjad Matin
Assistant United States Attorney
Court ID A5502371

*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **DWIGHT CLARENCE ASHLEY**

**Case No:**

Count #: 1

Conspiracy to Commit Access Device Fraud

Title 18, United States Code, Section 1029(b)(2)

**\*Max. Penalty: 5 Years' Imprisonment**

\* **Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| | ) | |
| DWIGHT CLARENCE ASHLEY | ) | |
| *Defendant* | ) | |

**WAIVER OF AN INDICTMENT**

    I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

    After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*